676

No. 406. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* O'DONNELL. October 25, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Reed* for petitioner. *Messrs. Thomas R. Dempsey* and *A. Calder Mackay* for respondent.

No. 413. NATIONAL LABOR RELATIONS BOARD *v.* PENNSYLVANIA GREYHOUND LINES, INC., ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Reed* and *Mr. Charles Fahy* for petitioner. *Messrs. Ivan Bowen, Charles H. Young,* and *Mortimer H. Boutelle* for respondents.

No. 445. UNITED STATES *v.* PATRYAS. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Reed* for the United States. *Messrs. Warren E. Miller* and *Stephen A. Cross* for respondent.

No. 453. GENERAL ELECTRIC Co. *v.* WABASH APPLIANCE CORP. ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Merrell E. Clark* and *Hubert Howson* for petitioner. *Messrs. Samuel E. Darby, Jr.,* and *Paul Kolisch* for respondents.

No. 455. DEITRICK, RECEIVER, ET AL. *v.* STANDARD SURETY & CASUALTY Co. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Robert E. Goodwin,*